**SET ASIDE and REMAND; and Opinion Filed January 14, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-12-01424-CV**

**ORIENTAL BUILDING SERVICES, INC., Appellant**
**V.**
**RENE LEDUC, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-05687-M**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice O'Neill

Before the Court is appellant's agreed motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. In accordance with the parties' agreement, we set aside the trial court's judgment dated September 21, 2012 without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

121424F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ORIENTAL BUILDING SERVICES, INC.,
Appellant

No. 05-12-01424-CV          V.

RENE LEDUC, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-10-05687-M.
Opinion delivered by Justice O'Neill.
Justices Myers and Brown, participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's judgment dated September 21, 2012 without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 14th day of January, 2014.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE